IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS INC.,

    Plaintiff,

v.

DAVEN WING PANG and MICHAEL LIN, individually and d/b/a THE MONKEY CLUB, and THE BRYCE JAYE CORPORATION, an unknown business entity d/b/a THE MONKEY CLUB,

    Defendants.
                             /

No. C 10-00314 WHA

**ORDER REGARDING CASE MANAGEMENT**

All defendants have been voluntarily dismissed from this action pursuant to Federal Rule of Civil Procedure 41(a). The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE